# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSSETTE MERCADO,**

      **Plaintiff,**

**v.**                                                                  **Case No: 6:21-cv-1751-ACC-DCI**

**ENHANCED RECOVERY COMPANY, LLC,**

      **Defendant.**

___

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby

**ORDERED** that no later than November 30, 2021, the Plaintiff shall file a written response why sanctions should not be imposed for failure to respond to the Initial Case Order (Doc. No. 6), responses to which were due by November 4, 2021.   Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 17, 2021.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties